**98–1855. Plumbers & Steamfitters Local Union 83 v. Union Local School Dist. Bd. of Edn.**

Belmont App. No. 97–BA–40. This cause is pending before the court as an appeal from the Court of Appeals for Belmont County. Upon consideration of appellant's motion to continue oral argument currently scheduled for May 26, 1999 and to expedite consideration of the motion,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**99–361. Rite Aid of Ohio, Inc. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 97–K–1253. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due May 18, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–371. Capital Park, L.P. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 98–J–361. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due May 18, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Wednesday, May 26, 1999*

## MOTION DOCKET

**99–682. State ex rel. Hall v. Indus. Comm.**

Franklin App. No. 98AP–130. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appearing to the court that the record in this case was filed on April 29, 1999, but the receipt of the record inadvertently was not docketed until May 25, 1999,

IT IS ORDERED by the court, *sua sponte,* that appellant's brief shall be due within forty days of the date of this entry, and the parties shall otherwise proceed in accordance with the Rules of Practice.